SO. CAL. EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, MAL KIM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAL KIM,<br><br>      Plaintiff,<br><br>vs.<br><br>Q MARKET & PRODUCE, INC.;<br>DOES 1 to 10,<br><br>      Defendants. | Case No.: 2:19-cv-10331 FMO (KSx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Mal Kim ("Plaintiff") and Defendant have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  March 19, 2020                **SO. CAL EQUAL ACCESS GROUP**


                                                                                 */s/ Jason Yoon*
                                                          JASON YOON
                                                          Attorney for Plaintiff